[No. 12261–8–II. Division Two. July 24, 1989.]

ILA KEENAN, *Respondent,* v. THE BOARD OF TRUSTEES
OF SIR OLIVER, LTD., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87–2–00926–0, Paula Casey, J., entered August 24, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11600–6–II. Division Two. July 24, 1989.]

LORNA MAKINSTER, *Respondent,* v. LEO V. WARPALA,
*Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–3–00294–9, Alan R. Hallowell, J., entered August 14, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12066–6–II. Division Two. July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICO
MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88–1–00112–7, Alan R. Hallowell, J., entered May 26, 1988. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.